1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
9                AT TACOMA

10   RAMON SAUL SILVA, JR.,

11                  Plaintiff,                CASE NO. 3:21-cv-05719-BHS-JRC

12        v.                                  REPORT AND RECOMMENDATION

13   CHERYL STRANGE, *et al.*,                NOTED FOR: January 7, 2022

14                  Defendants.

15

16       This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate

17   Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1,

18   MJR 3, and MJR 4.

19       Plaintiff, who proceeds *pro se* and who is incarcerated, initiated this matter by filing a

20   proposed complaint in September 2021. Dkt. 1. The Clerk's Office informed plaintiff that he

21   needed to either submit a completed motion to proceed *in forma pauperis* ("IFP") or pay the

22   $402 filing fee for this matter. Dkt. 2. The Clerk's Office gave plaintiff until October 29, 2021,

23   to correct this deficiency. Dkt. 2.

24

REPORT AND RECOMMENDATION - 1

1   Plaintiff failed to take any action in response to the Clerk's Office's notice, so the
2   undersigned issued a show cause order on November 5, 2021. Dkt. 4. The show cause order
3   informed plaintiff that if he did not pay the filing fee or submit an IFP motion on or before
4   December 6, 2021, the Court would recommend dismissal of this matter without prejudice. Dkt.
5   4. The Court also sent plaintiff a copy of the appropriate form for proceeding IFP.

6   Plaintiff has taken no timely action in response to the Court's show cause order.
7   Therefore, this matter should be dismissed without prejudice for failure to prosecute and failure
8   to comply with a Court order.

9   Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
10  fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
11  6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
12  review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those
13  objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v.*
14  *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
15  imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **January 7,**
16  **2022,** as noted in the caption.

17  Dated this 21st day of December, 2021.

    _____
    J. Richard Creatura
    Chief United States Magistrate Judge