UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAMON SAUL SILVA, JR., <br><br> Plaintiff, <br><br> v. <br><br> CHERYL STRANGE, <br><br> Defendant. | CASE NO. 3:21-cv-05719-BHS-JRC <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the report and recommendation of Chief Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the report and recommendation. This matter is dismissed without prejudice for failure to prosecute and failure to comply with a Court order.

(2) The Clerk is directed to send copies of this order to plaintiff and to the Hon. J. Richard Creatura.

**DATED** this 18th day of January, 2022.

BENJAMIN H. SETTLE
United States District Judge